UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INDIANA BIBLE COLLEGE, an Indiana Nonprofit Corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>FRED BOCK MUSIC COMPANY, INC., a California Corporation;<br>DR. ROSEPHANYE POWELL; and<br>DOE DEFENDANTS 1-100 (fictitious),<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:25-cv-01070-MPB-MJD<br>)<br>)<br>)<br>)<br>)<br>) |

## **AMENDED NOTICE OF APPEARANCE**

Caitlin R. Byczko, of the law firm Barnes & Thornburg, LLP, admitted or otherwise authorized to practice in this court, hereby enters her amended appearance on behalf of Defendants Fred Bock Music Company, Inc., a California Corporation, and Dr. Rosephanye Powell.

Date:   July 11, 2025

Respectfully submitted,

/s/*Caitlin R. Byczko*
Caitlin R. Byczko, Atty. No. 31905-49
BARNES & THORNBURG LLP
11 South Meridian St.
Indianapolis, IN 46204
Phone: (317) 231-7550
Fax:    (317) 713-7433
Email: caitlin.byczko@btlaw.com;
cbyczko@btlaw.com