UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| INDIANA BIBLE COLLEGE, an Indiana Nonprofit Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:25-cv-01070-MPB-MJD |
| FRED BOCK MUSIC COMPANY, INC., a California Corporation; DR. ROSEPHANYE POWELL; and DOE DEFENDANTS 1-100 (fictitious), | ) ) ) ) ) | |
| Defendants. | ) | |

## AMENDED NOTICE  OF
## APPEARANCE

Alyssa C. Hughes, of the law firm Barnes & Thornburg, LLP, admitted or otherwise authorized to practice in this court, hereby enters her amended appearance on behalf of Defendants Fred Bock Music Company, Inc., a California Corporation, and Dr. Rosephanye Powell.

Date:   July 11, 2025                          /s/ Alyssa C. Hughes
                                               Alyssa C. Hughes (Atty. No. 34645-71)
                                               BARNES & THORNBURG LLP
                                               11 South Meridian Street
                                               Indianapolis, IN 46204
                                               E-mail: Alyssa.Hughes@btlaw.com;
                                               ahughes@btlaw.com
                                               Telephone: (317) 261-7881
                                               Fax: (317) 231-7433